UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERONICA BROWN** | **CIVIL ACTION** |
| **VERSUS** | **No. 22-1288** |
| **SOUTHERN FIDELITY INSURANCE COMPANY** | **SECTION I** |

### ORDER

Before the Court is the defendant, Southern Fidelity Insurance Company's ("SFIC"), motion[1] to enforce stay. Defendant states that the motion is opposed.[2] However, the motion was submitted on this date, July 13, 2022, and plaintiff has filed no opposition.

Defendant states that, on June 15, 2022, SFIC was declared to be insolvent and placed in liquidation by the Circuit Court of the Second Judicial Circuit for Leon County, Florida.[3] SFIC submits that this matter must be stayed for six months, pursuant to Louisiana Revised Statute § 22:2068(A), which provides:

> All proceedings in which the insolvent insurer is a party or is obligated to defend a party in any court in this state shall be stayed for six months and such additional time as may be determined by the court from the date the insolvency is determined to permit proper defense by the association of all pending causes of action.

Accordingly,

**IT IS ORDERED** that the motion to enforce stay is **GRANTED** as unopposed.

---

[1] R. Doc. No. 13.
[2] *Id.* at 1.
[3] R. Doc. No. 13-1, at 1–2.

**IT IS FURTHER ORDERED** that that this matter be **STAYED AND ADMINISTRATIVELY CLOSED** for a period of six (6) months, or until December 15, 2022, pursuant to Louisiana Revised Statute 22:2068(A), to be reopened upon any party's motion filed **no later than JANUARY 15, 2023**.

**IT IS FURTHER ORDERED** that each party will bear its own costs.

New Orleans, Louisiana, July 13, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE